UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62417-CIV-DIMITROULEAS

ALIX C. BARRAU,

    Plaintiff,

vs.

EXPERIAN INFORMATION SERVICES, INC.,

    Defendant.

_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE comes before the Court on the Agreed Stipulation of Dismissal With Prejudice [DE 15], filed herein on May 17, 2024. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 15] is **APPROVED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. All parties shall bear their own attorney's fees and costs except as otherwise agreed.

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of May 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record